# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | Criminal Action |
| ) | |
| v. ) | No. 11- 10228 -01- JTM |
| **SAMANTHA N. BAILEY**, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## INDICTMENT

The Grand Jury charges:

## COUNT 1

On or about May 19-20, 2011, in the District of Kansas,

### SAMANTHA N. BAILEY,

the defendant herein, did unlawfully, knowingly, and intentionally possess with the intent to distribute approximately 93 grams of methamphetamine (actual)(229 grams of a mixture, at 41% pure), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a) and (b)(1)(A).

                                                                             A TRUE BILL

| | |
|---|---|
| October 13, 2011 | s/Foreperson |
| DATE | FOREMAN OF THE GRAND JURY |

s/ Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
(316) 269-6481
KS Bar No. 13267

(It is requested that trial be held in Wichita, Kansas).