AO 442 (Rev. 01/09) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
District of Kansas

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

'11 OCT 17 P3:42

CLERK, U.S. DISTRICT COURT
BY: _____ DEPUTY CLERK
AT WICHITA, KS

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. 11-10228-JTM |
| SAMANTHA N. BAILEY | ) | |
| Defendant | ) | |

### ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   SAMANTHA N. BAILEY                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Possession with the intent to distribute methamphetamine. See attached indictment for additional charges.

WICHITA, KS
2011 OCT 13 PM 4:09
UNITED STATES MARSHAL RECEIVED

Date: 10/13/2011

S/ A. Anderson
*Issuing officer's signature*

City and state:  Wichita, Kansas

Timothy M. O'Brien, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on (date) 10/13/2011 , and the person was arrested on (date) 10/17/2011
at (city and state) WICHITA, KS .

Date: 10/17/2011

FOR S910

Blake Lener
*Arresting officer's signature*

BLAKE LENER  DUSM
*Printed name and title*