(Revised 01/98)     CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

DATE **10-17-11** - WICHITA

CASE NO. **11-10228-01-JTM** UNITED STATES vs. **Samantha D. Bailey** AGE: **23**

FILED
U.S. District Court
District of Kansas
OCT 17 2011
Clerk, U.S. District Court
By: _____ Deputy Clerk

**APPEARANCES:**
- Government:
  - ( ) Lind
  - ( ) Watson
  - ( ) Furst
  - ( ) Metzger
  - ( ) Barnett
  - (✓) Welch
  - ( ) Anderson
  - ( ) Treaster
  - ( ) Sublet
  - ( ) Smith
  - ( ) Hart

- Defendant: (✓) In Person   (✓) By Counsel: **Kurt Kerns**
  - (✓) Retained   ( ) Appointed

Steven Mank

**JUDGE:**
- ( ) Humphreys
- (✓) Gale

**CLERK:**
- ( ) Stimits
- (✓) Carter

**U.S. PROBATION:**
- ( ) Madden
- (✓) Chirinos
- ( ) _____

**Proceedings:**
- ( ) Preliminary Hearing
- (✓) Rule 5  3 min
- ( ) Bond Hearing
- ( ) Held
- ( ) Detention
- ( ) Bond Revoc.
- ( ) Waived
- ( ) Arraignment
- ( ) Probation/Supervised Release Violation
- ( ) Sentence

**ARRAIGNMENT AND PLEA / RULE 5 / OMNIBUS**   Arrest Date _____

- (✓) Charges explained to the Defendant
- (✓) Defendant sworn & examined re: financial status   ( ) Counsel appointed
- (✓) Defendant's constitutional rights explained   (✓) Felony   ( ) Misdemeanor
- ( ) Defendant declined to waive indictment   ( ) Will be presented to next Grand Jury
- ( ) Signed Waiver of Indictment   ( ) Signed Waiver by Juvenile   ( ) Inform. filed
- ( ) Advised of Rights under   ( ) Rule 20   ( ) Rule 40
- ( ) Signed Consent to Transfer (Rule 20)   ( ) Signed Consent to Proceed Before Magistrate
- ( ) Petition to enter plea filed   ( ) Plea Agreement attached
- ( ) Interpreter   ( ) Appointed   ( ) Sworn   Name: _____

- ( ) **ARRAIGNMENT AND PLEA:**
  - ( ) Waived Reading   (✓) Indictment   ( ) Information
  - ( ) Previous Plea   ( ) Guilty   ( ) Not Guilty
  - ( ) Guilty
  - ( ) Not Guilty
  - (✓) No. of Counts: **1**
  - ( ) Read to Defendant
  - Counts: _____ withdrawn
  - Counts: _____ accepted
  - Counts: _____

- ( ) Judgment Deferred   ( ) Pre-Sentence Investigation   ( ) Continued to: _____
- ( ) Bond   ( ) Fixed at   ( ) Remain at: $_____   ( ) Continued on present bond.
- ( ) Transfer under Rule 40 to the _____ District of _____
- ( ) Release Order   ( ) Executed   ( ) Continued in effect   (✓) Remanded to Custody
- ( ) Detention Ordered   (✓) Temporary Detention Ordered
- ( ) Set for Trial: _____ at _____ a.m./p.m. before Judge _____

Motions to be filed _____ Response(s) to Motions to be filed _____ Motions to be heard

on _____ at _____ a.m./p.m. before Judge _____

Defendant's next appearance **10-24-11** at **1:30** a.m./**p.m.** before Judge **Gale** for:
(✓) Detention hearing   (✓) Arraignment   ( ) _____

Miscellaneous: **1:48 - 1:51   Set at defendant's request.**