# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case Number: 11-10228-01-JTM |
| | ) |
| SAMANTHA N. BAILEY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ENTRY OF APPEARANCE

COMES NOW, Steven D. Mank, of Ariagno, Kerns, Mank & White L.L.C., and hereby enters his appearance in the above entitled cause on behalf of the Defendant, Samantha N. Bailey.

Respectfully submitted,

ARIAGNO, KERNS, MANK & WHITE L.LC.

BY  /s/ Steven D. Mank
Steven D. Mank #12709
Ariagno, Kerns, Mank & White L.L.C.
328 North Main Street
Wichita, KS 67202
(316) 265-5511
Mank@warriorlawyers.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Entry of Appearance was filed and served electronically pursuant to the CM/ECF system on October 20, 2011, on all counsel of record.

/s/ Steven D. Mank
Steven D. Mank